

An official website of New York State.
Here's how you know ⌄

🔍

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

### Entity Details ⌃

**ENTITY NAME:** MODERN FURNITURE INC.

**DOS ID:** 2531013

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 07/13/2000

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 07/13/2000

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE

**COUNTY:** QUEENS

**NEXT STATEMENT DUE DATE:** 07/31/2022

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
|---|---|---|---|---|

**Service of Process on the Secretary of State as Agent**

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** MODERN FURNITURE INC.

**Address:** 89-18 QUEENS BLVD, ELMHURST, NY, UNITED STATES, 11373

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

**Chief Executive Officer's Name and Address**

**Name:** BAKHMAL LEVIEV

**Address:** 144-08 70TH ROAD, KEW GARDENS HILL, NY, UNITED STATES, 11367

**Principal Executive Office Address**

**Address:** 89-18 QUEENS BLVD, ELMHURST, NY, UNITED STATES, 11373

**Registered Agent Name and Address**

**Name:**

**Address:**

### Entity Primary Location Name and Address

**Name:**

**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |

